| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Maximum Elite Pipeline, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  J & T Equipment Rentals, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3435006** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **P.O. Box 222** <br> **Garden City, TX 79739** <br> Number, Street, City, State & ZIP Code | **PO Box 357** <br> **Savannah, MO 64485** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Glasscock** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: |

Debtor **Maximum Elite Pipeline, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Maximum Elite Pipeline, LLC**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Maximum Elite Pipeline, LLC**       Case number (*if known*)
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 9, 2020**
                MM / DD / YYYY

**X /s/ James Langley**          **James Langley**
Signature of authorized representative of debtor        Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ Eric A. Liepins**          Date **January 9, 2020**
Signature of attorney for debtor            MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 100**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**     Email address **eric@ealpc.com**

**12338110 TX**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Fill in this information to identify the case:
Debtor name: **Maximum Elite Pipeline, LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA Precision Industries LP<br>2814 S Beglis Parkway<br>Sulphur, LA 70665 | | | | | | $488,001.48 |
| AMECO<br>PO Box 198977<br>Atlanta, GA 30384 | | | | $1,028,742.79 | $0.00 | $1,028,742.79 |
| CBSG | | working capital loan | | $716,968.93 | $0.00 | $716,968.93 |
| CNH Capital<br>PO Box 71264<br>Philadelphia, PA 19176 | | 3-580N backhoes | | $129,516.86 | $0.00 | $129,516.86 |
| Commercial Credit Group<br>2056 Westings Avenue<br>Suite 280<br>Naperville, IL 60563 | | | | $454,384.00 | $0.00 | $454,384.00 |
| Commercial Funding<br>170 S. Main Street<br>SUITE 700<br>Salt Lake City, UT 84101 | | | | $198,844.25 | $0.00 | $198,844.25 |
| Emerchant<br>1393 Veterans Memorial Hwy Suite 202S<br>Hauppauge, NY 11788 | | Working capital loan | | $197,576.52 | $0.00 | $197,576.52 |
| Engineered Pipe Group<br>1180 St. George Blvd.<br>Moncton, NB E1E4K7 | | | | $1,286,424.16 | $0.00 | $1,286,424.16 |

| Debtor | **Maximum Elite Pipeline, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fox Funding**  3010 LBJ Fwy  1200  Dallas, TX 75234 | | | | $143,520.00 | $0.00 | $143,520.00 |
| **Hirequip, LLC**  478 Pennsylvania Ave., Ste. 20  Glen Ellyn, IL 60137 | | | | $126,870.00 | $0.00 | $126,870.00 |
| **Interanl Revenue Services**  100 Commerce Street  Mail Code DAL-5027  Dallas, TX 75242 | | | | | | $1,600,000.00 |
| **Louisiana Dept. of Revenue**  4100 Spring Valley Rd  315  Dallas, TX 75244 | | | | | | $199,550.37 |
| **Ozzies**  7102 West Sherman Street  Phoenix, AZ 85043 | | | | | | $217,417.86 |
| **Romco Equipment Co.**  PO Box 841496  Dallas, TX 75284 | | | | | | $147,179.63 |
| **Shale Stone**  2768 Compass Drive  Suite 103  Grand Junction, CO 81506 | | | | | | $213,656.40 |
| **SPG**  1 star point  Stamford, CT 06902 | | | | $153,307.00 | $0.00 | $153,307.00 |
| **Texas Comptroller**  PO Box 13528,  Capitol Station  Austin, TX 78711-3528 | | | | | | $120,476.40 |
| **Texas Comptroller**  PO Box 13528,  Capitol Station  Austin, TX 78711-3528 | | Sale Tax | | | | $103,034.35 |
| **Titan Machinery**  4001 38th Street South  Fargo, ND 58104 | | | | $663,718.85 | $0.00 | $663,718.85 |

Debtor **Maximum Elite Pipeline, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **World Business Lenders** <br> **101 Hudson Street** <br> **33rd Floor** <br> **Jersey City, NJ 07302** | | | | | | **$287,000.00** |

AAA Precision Industries LP
2814 S Beglis Parkway
Sulphur, LA 70665

Abba Freight
2712 American Way
Medford, OR 97504

Airgas
PO Box 734671
Dallas, TX 75373

All-Tex
P.O. Box 951949
Dallas, TX 75395

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

AMECO
PO Box 198977
Atlanta, GA 30384

Arena Energy, LLC
9711 N. Plainfield Dr.
Hobbs, NM 88242

Assisted Energy
7500 Dallas Pkwy
Plano, TX 75024

Beard Equipment
P.O. Box 80147
Midland, TX 79708

Braun Intertec
PO Box Box 1450
Minneapolis, MN 55485

Capital C Custom Homes
PO Box 8442
Ennis, TX 75120

CBSG

Chase
PO Box 9001103
Louisville, KY 40290

CNH Capital
PO Box 71264
Philadelphia, PA 19176

Commercial Credit Group
2056 Westings Avenue
Suite 280
Naperville, IL 60563

Commercial Funding
170 S. Main Street
SUITE 700
Salt Lake City, UT 84101

D&S Cooling
5062 Cockrell Ave
Fort Worth, tX 76133

Emerchant
1393 Veterans Memorial Hwy Suite 202S
Hauppauge, NY 11788

```
Empire Mat
6521 County Line Road
Summit, MS 39666


Energes Services
1328 E. 18th Street
Greeley, CO 80631


Engineered Pipe Group
1180 St. George Blvd.
Moncton, NB  E1E4K7


Entrec
4003 SCR 1294
Odessa, TX 79765


Expert Transportation Corp.
2911 Connie Rd.
Carlsbad, NM 88220


Ford Credit
PO Box 790093
St Louis, MO 63179


Fox Funding
3010 LBJ Fwy
1200
Dallas, TX 75234


GM Financial
PO Box 183593
Arlington, TX 76096


Hirequip, LLC
478 Pennsylvania Ave., Ste. 20
Glen Ellyn, IL 60137
```

```
Interanl Revenue Services
100 Commerce Street
Mail Code DAL-5027
Dallas, TX 75242


Ironclad Rentals
600 N. Urias Street
Fort Stockton, TX 79735


JB Electric LLC
P.O. Box 171
Carlsbad, NM 88221


K&B Enterprises LLC
PO Box 307
Radium Springs, NM 88054


Lea County Concrete
5505 W Dunham St
Hobbs, NM 88240


Louisian Dept of Revenue
4100 Spring Valley Rd
315
Dallas, TX 75244


Louisiana Dept. of Revenue
4100 Spring Valley Rd
315
Dallas, TX 75244


Mt Snow Construction, LLC dba Nimble Cra
89 Timson Hill Road
Newfane, VT 05345


New Mexico DOR
PO Box 25127
Santa Fe, NM 87504
```

```
Ohmstede Industrial Services
2450 South Shore Blvd Suite 120
League City, TX 77573


Ozzies
7102 West Sherman Street
Phoenix, AZ 85043


Progressive Tractor
PO Box 943
Jeanerette, LA 70544


Romco Equipment Co.
PO Box 841496
Dallas, TX 75284


S&S Gate Services
PO Box 10983
Midland, TX 79702


Shale Stone
2768 Compass Drive Suite 103
Grand Junction, CO 81506


Southeast Texas Oilfield
1147 E. Gibson St.
Jasper, TX 75951


SPG
1 star point
Stamford, CT 06902


SunCoast
PO Box 202603
Dallas, TX 75320
```

Sustainable Oil Field Services, LLC
P.O. Box 397
Farmington, AR 72730


TD Auto
PO Box 675
Wilimington, OH 45177


Texas Comptroller
PO Box 13528, Capitol Station
Austin, TX 78711-3528


Texas Comptroller of Public Accoun
P.O. Box 13528
Austin, TX 78711-3528


Texas Energy
PO Box 2108
Alice, TX 78333


Texas Industrial Choice
400 W Illinois Suite 100
Midland, TX 79701


Titan Machinery
4001 38th Street South
Fargo, ND 58104


United Rentals
P.O. Box 840514
Dallas, TX 75284


World Business Lenders
101 Hudson Street
33rd Floor
Jersey City, NJ 07302

# United States Bankruptcy Court
## Northern District of Texas

In re  **Maximum Elite Pipeline, LLC**                                      Case No.
                       Debtor(s)                                             Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Maximum Elite Pipeline, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**James Langley**
**P.O. Box 357**
**Savannah, MO 64485**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 9, 2020** | **/s/ Eric A. Liepins** |
| Date | **Eric A. Liepins** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Maximum Elite Pipeline, LLC** |
| | **Eric A. Liepins** |
| | **12770 Coit Road** |
| | **Suite 100** |
| | **Dallas, TX 75251** |
| | **972-991-5591 Fax:972-991-5788** |
| | **eric@ealpc.com** |